IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL TROY OLSON,

    Petitioner,

v.

CAROL HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-824-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Michael Troy Olson for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for his failure to show that his petition satisfies the standard under 28 U.S.C. § 2255(e).

_____
Peter Oppeneer, Clerk of Court

2-4-2011
Date